IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| MARVIN VERNIS SMITH,<br><br>Petitioner,<br><br>v.<br><br>RAUL LOPEZ, Acting Warden,<br><br>Respondent. | Case No. SA CV 11-1076 ODW (MRW)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE HIS RESPONSE TO RESPONDENT'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION** |

Petitioner's application to extend the date for filing his response to respondent's objections to the Magistrate Judge's Report and Recommendation has been considered by the Court, and GOOD CAUSE APPEARING, said application is granted.

IT IS HEREBY ORDERED THAT the petitioner's response to respondent's objections are to be filed by April 25, 2012.

Dated: March 27, 2012             /s/ Judge Wilner
                                  MICHAEL R. WILNER
                                  United States Magistrate Judge