UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN VERNIS SMITH,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>RAUL LOPEZ, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. SA CV 11-1076 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Respondent has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered granting the petition and that Respondent either release or retry Petitioner within 90 days from the date of this order.

DATE: April 25, 2012　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE