UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN VERNIS SMITH, | ) Case No. SA CV 11-1076 ODW (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| RAUL LOPEZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is granted.

DATE: April 24, 2012

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE