1
2
3
4
5
6
7
8
9     UNITED STATES DISTRICT COURT
10     CENTRAL DISTRICT OF CALIFORNIA
11
12 MARVIN VERNIS SMITH,   ) Case No. SA CV 11-1076 ODW (MRW)
13      Petitioner,   )
14    vs.      ) JUDGMENT
15 RAUL LOPEZ, Warden,   )
16      Respondent.  )
17 _____ )
18
19   Pursuant to the Order Accepting Findings and Recommendations of the
 United States Magistrate Judge,
20
   IT IS ADJUDGED that the petition is granted.
21
22 DATE: April 24, 2012    _____
23         HON. OTIS D. WRIGHT II
         UNITED STATES DISTRICT JUDGE
24
25
26
27
28