UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVIN VERNIS SMITH, | ) | Case No. SA CV 11-1076 ODW (MRW) |
| Petitioner, | ) | |
| vs. | ) | AMENDED JUDGMENT |
| RAUL LOPEZ, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court amends the Judgment in this case <u>nunc pro tunc</u>.

IT IS ADJUDGED that the petition for a writ of habeas corpus is conditionally granted. The writ shall issue if, within 120 days from either the date of the Judgment or the conclusion of appellate proceedings (whichever is later), the State of California does not retry Petitioner for murder.

DATE: May 10, 2012

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE