# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 11-1076 ODW (MRW) | Date | May 29, 2012 |
|---|---|---|---|
| Title | Smith v. Lopez | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER RE: BOND MOTION

1.   Petitioner's motion for release pending appeal (Docket # 29) shall be heard before Judge Wilner on <u>Monday, June 18, 2012</u>, at 10:00 a.m.  Respondent shall file any response to the motion by or before Friday, June 8.  Petitioner's optional reply (not to exceed 5 pages) may be filed by or before Wednesday, June 13.

2.   Respondent previously filed a motion to stay the grant of habeas relief pending appeal.  (Docket # 24.)  In light of the Court's amended judgment delaying issuance of the writ until the conclusion of appellate proceedings, Respondent's motion is DISMISSED as moot.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1076 ODW (MRW) | Date | May 29, 2012 |
|---|---|---|---|
| Title | Smith v. Lopez | | |

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vm | |