**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARVIN VERNIS SMITH,<br><br>　　　　Petitioner - Appellee,<br><br>　v.<br><br>RAUL LOPEZ, Warden,<br><br>　　　　Respondent - Appellant. | No. 12-55860<br><br>D.C. No. 8:11-cv-01076-ODW-MRW<br>Central District of California,<br>Santa Ana<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

The appellee's motion to expedite is granted.

The opening brief is due August 16, 2012. The answering brief is due September 17, 2012. The optional reply brief will be due within 14 days after service of the answering brief.

This case shall be calendared as soon as possible.

The provisions of telephonic extensions shall not apply to this appeal, and any motion under Ninth Circuit Rule 31-2.2(b) is disfavored.

　　　　　　　　　　For the Court:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　Clerk of Court

　　　　　　　　　　Grace S. Santos
　　　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Circuit Rule 27-7/Advisory Note to Rule 27
　　　　　　　　　　　　and Ninth Circuit 27-10

GS  07/16/12/Pro Mo